■ In the Matter of CYNTHIA H. — Order unanimously reversed, without costs, and petition dismissed. Memorandum: Family Court committed reversible error in this proceeding pursuant to article 7 of the Family Court Act when it played the role of the County Attorney, who was absent, and called and examined witnesses against the respondent at the fact-finding hearing (cf. *People v Yut Wai Tom,* 53 NY2d 44, 56-58). Moreover, the evidence adduced at that hearing is insufficient as a matter of law to establish beyond a reasonable doubt that respondent is a person in need of supervision within the meaning of subdivision (a) of section 712 and subdivision (b) of section 744 of the Family Court Act (see *Matter of Rebecca G.,* 93 AD2d 1000; *Matter of David N.,* 92 AD2d 739). (Appeal from order of Erie County Family Court, Killeen, J. — person in need of supervision.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.